**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| JOSE S.,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | ) | Case No. 2:25-cv-02949-RGK-DTB<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner is reversed and this action is remanded for further proceedings consistent with the Report and Recommendation.

Dated: 10/16/2026

Gary Klausner

HON. R. GARY KLAUSNER
U.S. DISTRICT JUDGE